**ORDERED.**

Dated: September 29, 2009

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-07861/1218059463

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-bk-04459-EWH |
| Ho-Hyung Woo and Hai Kyung Woo<br>    Debtors. | Chapter 7 |
| Americas Servicing Company<br>    Movant,<br>  vs.<br>Ho-Hyung Woo and Hai Kyung Woo, Debtors,<br>Gayle E. Mills, Trustee.<br>    Respondents. | ORDER<br><br>(Related to Docket #37) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> Lot 16 of TUCSON MOUNTAIN VISTAS, Pima County, Arizona, according to the plat of record in theoffice of the County Recorder of Pima County, Arizona, in Book 32 of Maps, Page 39.
> EXCEPT all coal and other minerals as reserved by the United States of America in Deed Book 173, Page 213.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT